IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Alecia Ghouralal

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Paul Rambo (ATEC), George
Rambo, Thomas Nelson,
Brandy Willey, Hung Nguyen

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:20-Cv-02875-BHH-MGB

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
              *(check one)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Alecia Ghouralal (Rambo)
Street Address  1425 Saratoga Court
City and County North Charleston, Dorchester
State and Zip Code  South Carolina 29420
Telephone Number    843-345-1013

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name            Paul Rambo
Job or Title    ATEC
(if known)
Street Address  417 themper Rd   10617 Aberdeen Blvd
City and County Joppa, Harford   APG, MD 21001
State and Zip Code  Maryland
Telephone Number    443-243-8163

Defendant No. 2

Name            George Rambo
Job or Title    Unknown
(if known)
Street Address  3165 Eden Drive
City and County Abingdon, Harford
State and Zip Code  Maryland, 21009
Telephone Number    410-929-2460

Defendant No. 3

Name            Thomas Nelson| Futeral & Nelson LLC

2

Job or Title
(if known)    Criminal Justice Attorney

Street Address    1004 Anna Ihnapp Blvd.

City and County    Mt. Pleasant, Charleston

State and Zip Code    South Carolina 29464

Telephone Number    843-284-5500

Defendant No. 4

Name    Brandy Willey

Job or Title
(if known)    Unknown

Street Address    Eden Dr.

City and County    Abingdon, MD Harford County

State and Zip Code    Maryland, 21009

Telephone Number

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitutional Rights. Civil Rights of 1983, Civil rights 1871
Vi____l of Preemption Act 07, 1841
-This is a white supremacy group tied to the government violating Native rights and using bio-weapon warfare. Violation of Intellectual property rights, mark of beast

Defendant No. 5: Hung Nguyen
693 Dupree Lane
Mt. Pleasant, SC 29464

2506 Cherokee Ave.
Oakland, CA 94605

Defendant No. 6 John Travers
1425 Saratoga Ct.
North Charleston, SC 29420
(904-327-1187)

Defendant No. 7 Central Intellegance Agency
Office of Public Affairs
Washington, D.C. 20505

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* Alecia Ghouraldl, is a citizen of the State of *(name)* South Carolina.

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

On previous page names and addresses

4

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

My whole life was messed with a jepordized at the expense of others. They were extorting and manipulating to obtain a patent unlawfully. Would like the court to decide based on testimony and/or evidence.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attachment

III

- Semiconductor was used at time of birth illegally to where I never noticed growing up with such. In 2017 drug dealer Hung Nguyen coercion into selling marijuana and caused an illegal entrapment on purpose and specifically taken me to lawyer Thomas Nelson in Mt. Pleasant, Federal ID #9616, and papers were filed on my behalf without consent or explination of what they were for. I found out months later there was papers filed that was unrelated to the drug charges and had to do with a patent, that is in my name unknowingly and why they created this entrapment. Hung Nguyen laughed in my face, and then proceeded to ask if I knew who my dad was, and I didn't because I only grew up with my mother.

- On Nov.    , 2017; I was then contacted by Brandy Willey saying "my father had passed away, and that he lived in Maine". And that he had passed away a few days before.

- November    , 2017, I then recieved a call from Paul Gary Rambo, saying that he

is my fathers brother and he tried getting the family togeather once before and my dad wasn't having it, he then asked me to tell him about myself which I did, asked permission for a Patriots Act, which I said "no", and asked if I believed the Quaran, I said "no". I asked what this had to do with my dad passing away, he said he would get this later.

-I remember also having knowledge of an RFID technology and felt as if my bio-metric data was being hacked into and then having information about Artifical Intellegance, arithmetics, Quantum physics, among other things that has to do with a semiconductor technology.

-In June of 2018, I had a conversation with Paul Rambo; who stated I was in an ISIS situation, with no explination of how or why, and also found papers in John Travers house about New World Order papers, Nazi, and Germany, which I have copies of and notes in his handwritting about how to pick victims out and different types of serial killers, which I made a police report

of when my documents and children's documents went missing.

- I was also drugged and have medical records and police report as well, was taken to Roper St. Francis, I woke up tied to a bed, tape across door, guard at door and a list of visitors non I recognized, also with an electrocle machine next to the bed a sticky residue from where it seemed wires was placed.

- Since returning to address of 1425 Saratoga Court, North Charleston, SC 29420, I have been beaten on, abused by John Travers and threatened. I had felt cybernetic warfare and my phone has been hacked illegally. There are police reports of abuse. I have a child with this person who was born April 23, 2020, she is amazing. Due to Covid-19 and being out of work and lack of family its been hard to leave the situation.

- Darpa testing implanting chips in soldiers brains, as interfaces between semiconductor and life to see what soldiers experience

during a time of war being able to see and hear.

- Based on information I've found and a class action lawsuit filed against Apple, A.I corporation among other platform media companies, and the 2017 events concerning the federal government, this semiconductor was used as a trafficing tool, and mind control technology, invasion of privacy, and papers I gave no authorization to was filed in 2017, and then the Rambo family mis-used this patent and technology as a bioweapon to cause target innocent individuals and illegal surveilance, to create a false investigation with the federal government and entities to kidnap, and make it look as there was a drug abuse problem or mental instability to make it seem I was incredible or if something would happen to me no one would ask. I was put into a POW experience, terroized, and manipulated for them to conduct illict activity and cover it up because of these positions my uncle Paul Rambo and Thomas Nelson have. Between Hung Nguyen, Thomas Nelson, John Travers, George Rambo, Brandy Willey, Paul Rambo, and the federal

government, I was being preyed upon because I am Native American, and this patent had royality rights that these inclividuals was ripping me off of to monopolize by the government. They want to use this technology and bio weapon tool to genocide innocent people and to create a loop hole to get away with racism, these Inclividuals are connected to the deep state, this technology can be used to manipulate the court system with false transcriptions the federal government obtains.

- Human rights, constitutional rights, life, liberty, and freedom has been violated to where these Inclividuals are conducting terrosim to Cover up corruption and connections between the government and mob.

IV. Relief:

-I would like the defendants criminally charged with negligence and terroism, misuse of positions.

-I am requesting full amount of what patent is worth, punitive/exemplary damages undisclosed by the court with jury trial and full custody of child.

-The damage of defamation of character, being put into a situation of distress and terrorization and not being able to get justice but instead being victimized more.

-These were C.I.A mind control, techniques and extraction methods. I went to this facility to get help because I was being terroized, but they didnt help and upon returning home, John Travers beat on me which I have reports and pictures. I believe and can connect Paul Rambo to John Travers. They wanted John and I in the same house to see if this patent would work as a bioweapon for them to cover up a sex trafficking operation connected to my brother George Robert Rambo. This individual stated that I was

used as a sex slave and to procrate and that the house 1425 Saratoga Ct was being used as a safe house.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8 | 4 , 20 26

Signature of Plaintiff    _Alicia Bhavralal_

Printed Name of Plaintiff    _Alecia Bhavralal_

### B.    For Attorneys

Date of signing: _____, 20__ .

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

6